THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LOUIS WIL-KINS, Defendant-Appellant.

(No. 57424;

First District (5th Division)—August 3, 1973.

PER CURIAM.
SULLIVAN, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Leonard V. Solomon, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Roger L. Horwitz, Assistant State's Attorneys, of counsel,) for appellee.